COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| RAY OTHA CHEERS, III, | § | No. 08-23-00050-CV |
| Appellant, | § | Appeal from the |
| v. | § | 146th Judicial District Court |
| LETITIA MARIA CHEERS, | § | of Bell County, Texas |
| Appellee. | § | (TC# 21DFAM326354) |

## **MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution.[1] Finding that the Appellant has not paid the $205 filing fee or shown he is excused from paying the filing fee, we dismiss the appeal for want of prosecution.

On February 2, 2023, the Clerk of the Court sent a second request for payment of the $205 case filing fee. The letter notified Appellant that failure to pay the case filing fee or a statement of inability to pay costs within twenty days of the notice could result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b) and (c). As of this date, Appellant has not paid the filing fee or otherwise shown he is excused from paying the fee.

---

[1] We hear this case on transfer from the Third Court of Appeals in Austin. *See* TEX. R. APP. P. 41.3.

Accordingly, we dismiss this appeal for want of prosecution. *See id*.


GINA M. PALAFOX, Justice

March 7, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.